UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MRC MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FIERCE PUBLISHING COMPANY LIMITED and SORAPOJ TECHAKRAISRI,<br><br>Defendants. | Case No. 1:19-cv-09037-JPO<br><br>**DEFAULT JUDGMENT** |

This action having been commenced on September 27, 2019 by the filing of a Summons and Complaint, and the Summons and Complaint having been served on the Defendant Fierce Publishing Company Limited, in accordance with Fed. R. Civ. P. 4(f)2(c)(ii), on November 25, 2019, with proof of service having been filed with the Court on December 3, 2019, and the Summons and Complaint having been served on the Defendant Sorapoj Techakraisri, in accordance with Fed. R. Civ. P. 4(f)2(c)(ii), on December 12, 2019 and December 13, 2019, with proofs of service having been filed with the Court on December 19, 2019, and the Defendants having failed to plead or otherwise defend in this action and said default having been duly noted upon the annexed Certificates of Default, it is hereby

ORDERED AND ADJUDGED that Plaintiff MRC Media, LLC, 1540 Broadway, New York, NY 10036, have judgment jointly and severally against defendants Fierce Publishing Company Limited, 87/2 CRC Tower, All Seasons Place 45th Fl., Wireless Road, Lumpini, Pathumwan, Bangkok 10330 Thailand, and Sorapoj Techakraisri, 87/2 CRC Tower, All Seasons Place 45th Fl., Wireless Road, Lumpini, Pathumwan, Bangkok 10330 Thailand, of $1,450,000.00 in unpaid royalty fees; and that Plaintiff have execution therefor.

Dated:  New York, New York
       September 15, 2020

                                                        _____
                                                            J. PAUL OETKEN
                                                     United States District Judge